UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIVY JOHANA NOVA CAMARGO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No. 1:26-cv-01004-DJC-CSK<br><br><br><br>ORDER |

Petitioner Leivy Johana Nova Camargo is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).  The Court has previously addressed the legal issues raised in Count 1 of the Petition.  *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 2025); *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, 2025 WL 3124116, No. 2:25-cv-03174-DJC-CKD (E.D. Cal. Nov. 7, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders.  (ECF No. 6.)  Respondents "confirm that this case poses the same legal and factual issues as the

1  cases cited in the Court's order." (ECF No. 8 at 1.) Neither party objected to the Court
2  ruling directly on the merits of the petition.

3      Accordingly, as Respondents have not made any new legal arguments and
4  have not identified any factual or legal issues in this case that would distinguish it from
5  the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for
6  Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 1, for the reasons stated
7  in those prior orders.[1]

8      Respondents are ORDERED to immediately release Petitioner Leivy Johana
9  Nova Camargo from their custody. Respondents shall not impose any additional
10 restrictions on Petitioner, unless that is determined to be necessary at a future pre-
11 deprivation/custody hearing. Respondents are permanently ENJOINED AND
12 RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with
13 constitutional protections, which include, at a minimum, pre-deprivation notice
14 describing the change of circumstances necessitating Petitioner's arrest and
15 detention, and a timely hearing. At any such hearing, the Government shall bear the
16 burden of establishing, by clear and convincing evidence, that Petitioner poses a
17 danger to the community or a risk of flight, and Petitioner shall be allowed to have
18 their counsel present.

19     The Clerk of the Court is directed to close this case and enter judgment for
20 Petitioner. This Order resolves all pending motions.

22     IT IS SO ORDERED.

23 Dated:  **February 11, 2026**

                                               Hon. Daniel J. Calabretta
                                               UNITED STATES DISTRICT JUDGE

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.